THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 David Brian Yeni, Appellant.
 
 
 

Appeal from Richland County
James R. Barber, III, Circuit Court Judge
Memorandum Opinion No. 2007-MO-047
Heard May 23, 2007  Filed July 2, 2007   
AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney Salley W. Elliott, and Senior Assistant Attorney General Norman Mark Rapoport; and Solicitor Warren B. Giese, all of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b), SCACR, and the following authority:  State v. Mallory, 270 S.C. 519, 242 S.E.2d 693 (1978) (no error to refuse charge on simple assault and battery under an indictment for ABHAN unless there is testimony tending to show defendant is guilty only of simple assault and battery). 
 
TOAL, C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice Michael G. Nettles, concur.